Sumner *et al. v.* Dunkin.

---

SUMNER ET AL. *v.* DUNKIN.

APPEAL from the Putnam Circuit Court.

WORDEN, J.—This was an action by the appellants against the appellee. Judgment for the defendant.

We find no assignment of error upon the record for the appellants. There is a cross error assigned by the appellee, but as he has filed no brief, his cross error is regarded as stricken out. See Rule 14.

The appeal is dismissed, at the costs of the appellant.

*S. Claypool* and *L. P. Chapin*, for appellants.

*D. R. Eckles* and *C. C. Matson*, for appellee.